U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

SEP 1 1 2006

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JOHN DUDLEY HOLLAND, | ) | |
| ID # 873416, | ) | |
| Petitioner, | ) | |
| vs. | ) | No. 3:04-CV-1789-K |
| | ) | ECF |
| NATHANIEL QUARTERMAN, Director, | ) | |
| Texas Department of Criminal | ) | (Consolidated with |
| Justice, Correctional Institutions Division, | ) | No. 3:04-1790-K) |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the petitioner's objections thereto filed on August 31, 2006, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SIGNED this _____ day of September, 2006.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE