IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN DUDLEY HOLLAND, | ) | |
| ID # 873416, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | No. 3:04-CV-1789-K |
| | ) | ECF |
| NATHANIEL QUARTERMAN, | ) | |
| Director, Texas Department of | ) | |
| Criminal Justice, Correctional | ) | |
| Institutions Division, | ) | |
| | ) | (Consolidated with |
| Respondent. | ) | No. 3:04-1790-K) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Consistent with the recommendation of the Magistrate Judge, the Court **FINDS** that petitioner timely filed his notice of appeal by placing it in the prison mail system on October 11, 2006.  It hereby **NOTIFIES** the Fifth Circuit Court of Appeals of that

finding and **DIRECTS** the Clerk of the Court to return the case to the Fifth Circuit for further proceedings as may be appropriate.

    **SIGNED this 9th day of February, 2007.**

*[signature: Ed Kinkeade]*

**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**